# EXHIBIT B



# BEVERLLY JEWELLERY COMPANY LIMITED

Block K, 13/Fl., Winner Bldg., 32-40 Man Yue Street, Hunghom, Kowloon, Hong Kong.
Tel: (852) 2766 1098   Fax: (852) 2363 4072
E-mail: beverlly@nervigator.com

Messrs: NISSKO JEWELRY INC.
7 WEST 45TH STREET
10TH FLOOR, NEW YORK
NEW YORK 10036

Order No. U.S.A

Invoice No. : BJEX98/3138
Ref. No. :
Carrier : FEDERAL EXPRESS
Delivery :
Terms : C.O.D
Date : 24 DEC 1998

| MODEL No. | PARTICULARS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | USD | F.O.B USD |
| JEX12570 BJ4882 | PT RING W/DIA. PT                        10.12GM 1D-0.80, 48RD-0.22, 34RD-0.60, 2RD-0.28 | 1PC | 930.00 | 930.00 |
| | TOTAL: INSURANCE: FREIGHT CHARGE C.I.F | 11PCS | | 9,000.00 75.00 45.00 9,120.00 |

TOTAL US DOLLARS NINE THOUSAND ONE HUNDRED AND TWENTY ONLY.

COUNTRY OF ORIGIN  HONG KONG

For and on behalf of
BEVERLLY JEWELLERY CO., LTD.

Authorized Signature(s)



# BEVERLLY JEWELLERY COMPANY LIMITED

Block K, 13/FL, Winner Bldg., 32-40 Man Yue Street, Hunghom, Kowloon, Hong Kong
Tel: (852) 2766 1098    Fax: (852) 2363 4072
E-mail: beverlly@netvigator.com

| Messrs | NISSKO JEWELRY INC. | Invoice No | : BJEX98/3138 |
| --- | --- | --- | --- |
| | 7 WEST 45TH STREET | Ref. No. | : |
| | 10TH FLOOR, NEW YORK | Carrier | : FEDERAL EXPRESS |
| | NEW YORK 10036 | Delivery | : |
| | U.S.A | Terms | : C.O.D |
| Order No | | Date | : 24 DEC 1998 |

| MODEL NO | PARTICULARS | QUANTITY | UNIT PRICE USD | AMOUNT F.O.B USD |
| --- | --- | --- | --- | --- |
| JEX12544 BJ2982 | 18KWG RING W/DIA. <br> 18KWG  8.60GM <br> 114RD-2.00 | 1PC | 920.00 | 920.00 |
| JEX12553 BJ3028C | 18KWG RING W/DIA. <br> 18KWG  5.56GM <br> 12RD-0.20 | 1PC | 390.00 | 390.00 |
| JEX12560 BJ4112D1 | 18KWG RING MTG. W/DIA. <br> 18KWG  5.02GM <br> 32RD-0.24, 2RD-0.28, 34PRD-0.79 | 1PC | 650.00 | 650.00 |
| JEX12561 BJ4112 | PT RING W/DIA. <br> PT  5.31GM <br> 32RD-0.25, 32RD-0.80 | 1PC | 560.00 | 560.00 |
| JEX12562 BJ4112-1 | PT RING MTG. W/DIA. <br> PT  8.19GM <br> 36RD-0.26, 28RD-0.55, 2RD-0.28 | 1PC | 670.00 | 670.00 |
| JEX12600 BJ4463-1 | PT RING MTG. W/DIA. <br> PT  7.52GM <br> 42RD-0.37, 2TRI.D-0.22, 26BG-0.62 | 1PC | 750.00 | 750.00 |
| JEX12601 BJ4463-2 | PT RING BAND W/DIA. <br> PT  5.98GM <br> 46RD-0.32, 32BG-0.62 | 1PC | 580.00 | 580.00 |
| JEX12678 BJ2789 | 18KWG RING W/DIA. <br> 18KWG  14.05GM <br> 40MD-1.96, 68RD-0.92 | 2PCS | 1,500.00 | 3,000.00 |
| JEX12659 BJ3011A | 18KWG RING W/DIA. <br> 18KWG  7.13GM <br> 8PRD-0.66, 44RD-0.32 | 1PC | 550.00 | 550.00 |

E. & O.E.

# BEVERLLY JEWELLERY COMPANY LIMITED  款號：

| 圖樣 | 款號 BJ2982 | 圖樣 | 款號 BJ3028C |
|---|---|---|---|
| | J&Ex 17864 1PC | | J&Ex 17863 1PC |

| 圖樣 | 款號 BJ4112D1 | 圖樣 | 款號 BJ4112 |
|---|---|---|---|
| | J&Ex 17860 1PC | | J&Ex 17861 1PC |

| 圖樣 | 款號 BJ4112-1 | 圖樣 | 款號 BJ2789 |
|---|---|---|---|
| | J&Ex 17862 1PC | | J&Ex 17858 2PCS |

| 圖樣 | 款號 BJ4463-1 | 圖樣 | 款號 BJ4463-2 |
|---|---|---|---|
| | J&Ex 17866 1PC | | J&Ex 17861 1PC |

| 圖樣 | 款號 BJ3011A | 圖樣 | 款號 BJ4882 |
|---|---|---|---|
| | J&Ex 17859 1PC | | J&Ex 17870 1PC |

Total = 11pcs
Amount = US$1,130.00