# EXHIBIT  1

 **BEVERLLY JEWELLERY COMPANY LIMITED**

Messrs __TACORI__

__602 S.HILL ST____

__SUITE 414, LOS ANGELES__

__CA90014__

Order No._____

Invoice No. : __B15X09/3466__

Ref. No. : ____

Carrier : __LOCAL DELIVERY__

Delivery : ____

Terms : __C.O.D.__

Date : __15 January 1999__

| MODEL No | PARTICULARS | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | F.O.B |
| | | | | USD | USD |
| FS7422 BM1686 | 18KW/G/18KYG BROOCH W/DIA. 18KW/G 18KYG 5RD .- 0.18    32RD .- 0.37 | 8.07 gm 0.68 gm | 1 PC | 420.00 | 420.00 |
| FS7482 BM1597 | 18KWG BROOCH W/SAPP_DIA. 18KWG 47SS .- 2.35    43TS .- 3.86 7RD .- 0.58 | 15.82 gm 20RD - 0.25 | 1 PC | 1,170.00 | 1,170.00 |
| FS7481 BM1699 | 18KWG/18KYG BROOCH W/SAPP_DIA. 18KWG 18KYG 55SS .- 3.00    31TS .- 2.94 40RD .- 0.51 | 16.52 gm 0.65 gm 11TP .- 0.07 | 1 PC | 1,110.00 | 1,110.00 |
| FS7411 BJ2402 | 18KYG/PT RING W/DIA. 18KYG PT 7PR.D.- 0.62    6RD .- 0.10 | 7.49 gm 1.60 gm 6RD .- 0.18 | 1 PC | 600.00 | 600.00 |
| FS7432 BR436 | 18KWG/18KYG EARRING W/DIA. 18KWG 18KYG 14PR.D. 0.86    12RD .- 0.20 | 7.59 gm 3.48 gm 12RD .- 0.32 | 1 PR | 900.00 | 900.00 |
| FS7439 BJ3032 | PT RING W/DIA. PT 36RD .- 0.27    14MD - 0.71 | 8.00 gm 1RD .- 0.01 | 1 PC | 725.00 | 725.00 |
| FS7242 BE501 | 18KWG EARRING W/DIA. 18KWG 58RD .- 0.47    20MD , 0.84 | 9.00 gm | 1 PR | 880.00 | 880.00 |
| FS7467 BJ3134 | 18KWG RING W/DIA. 18KWG 16PR.D. 0.78    34RD .- 0.38 | 5.84 gm 4PR.D.- 0.30 | 1 PC | 810.00 | 810.00 |
| FS7474 BE533 | 18KWG EARRING W/DIA. 18KWG 40RD .- 0.44    24PR.D. 1.10 | 7.25 gm | 1 PR | 915.00 | 915.00 |

E. & O. E.

Page        1

# BEVERLLY JEWELLERY COMPANY LIMITED

Messrs    TACORI

607 S.HILL ST.

SUITE 414, LOS ANGELES

CA90014

Order No.

Invoice No. : BJEX99/G466

Ref. No.    :

Carrier     : LOCAL DELIVERY

Delivery    :

Terms       : C.O.D.

Date        : 13 January 1999

| MODEL No. | PART CULARS | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | F.O.B |
| | | | | USD | USD |
| FS7484 BJ3137 | 18KWG RING W/DIA. 18KWG<br>5MD .- 0.37    42RD .- 0.40 | 4.51 gm | 1 PC | 435.00 | 435.00 |
| FS7494 BE536 | 18KWG RING W/DIA. 18KWG<br>6MD .- 0.52    60RD .- 0.57 | 7.26 gm | 1 PR | 685.00 | 685.00 |
| FS7427 BJ3139 | 18KWG RING W/DIA. 18KWG<br>20RD .- 0.36    26RD .- 1.02 | 7.32 gm | 1 PC | 600.00 | 600.00 |
| FS7428 BE538 | 18KWG EARRING W/DIA. 18KWG<br>36RD . 0.68    24RD .- 1.08 | 8.56 gm | 1 PR | 795.00 | 795.00 |
| FS7457 BJ3135 | 18KWG RING W/DIA. 18KWG<br>26RD .- 0.32    15RD .- 0.54    10TP - 0.36 | 5.88 gm | 1 PC | 575.00 | 575.00 |
| FS7458 BE534 | 18KWG EARRING W/DIA. 18KWG<br>12TP .- 0.36    46RD .- 0.60    14RD .- 0.38 | 6.80 gm | 1 PR | 695.00 | 695.00 |
| FS7444 BJ2745A | PT RING W/DIA. PT<br>40RD .- 0.40    6TRI. 0.52 | 8.83 gm | 1 PC | 880.00 | 880.00 |
| FS7221 DJ1030 | PT RING W/DIA. PT<br>2TRI.- 0.25    1BG .- 0.10    16RD - 0.24 | 6.00 gm | 1 PC | 565.00 | 565.00 |
| FS7367 BJ2973 | PT RING W/DIA. PT<br>44RD .- 0.39    2RD .- 0.05    1RD .- 0.11 | 9.65 gm | 1 PC | 435.00 | 435.00 |
| FS7267 DJ2968B | PT RING W/DIA. PT<br>1RD .- 0.11    10RD .- 0.96 | 12.23 gm | 1 PC | 685.00 | 685.00 |
| FS7061 BJ2924A | PT RING W/DIA. PT<br>41TP .- 0.55    9RD .- 0.14 | 5.36 gm | 1 PC | 575.00 | 575.00 |

c. & o. c.

Page    2

# BEVERLLY JEWELLERY COMPANY LIMITED

| Messrs | TACORI |
| W7 SHILL RT. |
| SUITE 414. LOS ANGELES |
| CA90014 |
| Order No. |

| Invoice No. : | FJPXR9/3466 |
| Ref. No. | : |
| Carrier | : LOCAL DELIVERY |
| Delivery | : |
| Terms | : C.O.D. |
| Date | : 11 January 1999 |

| MODEL No. | PARTICULARS | | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | F.O.B |
| | | | | | USD | USD |
| FS7471 BJ3129 | PT RING W/DIA. PT 24RD - 0.38   4RD - 0.11 1MD - 0.41 | | 8.07 gm 20TP - 0.45 | 1 PC | 830.00 | 830.00 |
| FS7187 RJ2981 | PT RING W/DIA. PT 23RD - 1.09 | | 11.91 gm | 1 PC | 720.00 | 720.00 |
| FS7076 BJ2922 | PT RING MTTI W/DIA. PT 6MD - 0.32   2RD - 0.03 | | 4.88 gm | 1 PC | 495.00 | 495.00 |
| FS7418 MS1363 | PT RING W/DIA. PT 1RD - 0.32   30RD - 0.36 | | 4.40 gm 10BG - 0.28 | 1 PC | 815.00 | 815.00 |
| FS7423 BM1673 | 18KWG/18KYG BROOCH W/DIA. 18KWG 18KYG 34RD - 0.40   12RD - 0.36 | | 7.22 gm 0.63 gm | 1 PC | 470.00 | 470.00 |
| FS7424 BM1687 | 18KWG/18KYG BROOCH W/DIA. 18KWG 18KYG 16RD - 0.46   20RD - 0.22 | | 10.36 gm 0.68 gm | 1 PC | 505.00 | 505.00 |
| | | | Total | 26 | | 18,290.00 18,290.00 |

TOTAL US DOLLARS EIGHTEEN THOUSAND TWO HUNDRED NINETY ONLY

COUNTRY OF ORIGIN   HONG KONG

For and on behalf of
BEVERLLY JEWELLERY CO., LTD.

Authorised Signature(s)

E. & O. E.

Page        3

# TACORI    JONIS th 99

## BEVERLLY JEWELLERY COMPANY LIMITED    款號：    P1/3

| 圖樣 |  | 款號 | BM1686 | 圖樣 |  | 款號 | BM1597 |
| 圖樣 |  | 款號 | BM1639 | 圖樣 |  | 款號 | BM2402 |
| 圖樣 |  | 款號 | BE436 | 圖樣 |  | 款號 | BJ3032 |
| 圖樣 |  | 款號 | BE501 | 圖樣 |  | 款號 | BJ3134 |
| 圖樣 |  | 款號 | BE533 | 圖樣 |  | 款號 | BJ3137 |

# TACORI

**BEVERLLY JEWELLERY COMPANY LIMITED**    款號：    P3/3



| | 款號 | BE536 | | | 款號 | BJ3139 |

| | 款號 | BE538 | | | 款號 | BJ3135 |

| | 款號 | BE534 | | | 款號 | BJ2745A |

| | 款號 | BJ3030 | | | 款號 | BJ2973 |

| | 款號 | BJ2988B | | | 款號 | BJ2924 A |

圖樣

# TACORI

## BEVERLLY JEWELLERY COMPANY LIMITED

款號：

P3/3



| 同樣 | 款號 BJ3129 | 同樣 | | 款號 BJ2981 |
| --- | --- | --- | --- | --- |
| 同樣 | 款號 BJ2922 | 同樣 | | 款號 MS1363 |
| 同樣 | 款號 BM1673 | 同樣 | | 款號 BM1687 |
| 同樣 | 款號 | 同樣 | | 款號 |
| 同樣 | 款號 | 同樣 | | 款號 |

TOP 10BPT



**TACORI**
607 S. HILL ST., STE. 414
LOS ANGELES, CA 90014
213-488-0602 • 900-421-0844 • FAX 213-488-0635

BANK OF AMERICA NT & SA
Vermont-Hollywood Branch 0356
P.O. BOX 27846 • Hollywood, CA 90027

**009075**



BEVERLLY

11/15/99

0075

PAY    Sum of Eighteen Thousand Two Hundred Ninety and 00/100 Dollars

$18,290.00

TO THE
ORDER
OF

BEVERLLY JEWELLERY CO. LTD.
BLK. K, 13/FL
WINNER BLDG. 32-40 MAN YUE ST.
HUNG HOM, KOWLOON H.K.

⑈009075⑈ ⑆122000661⑆ 03569⑈04460⑈

 **BEVERLLY JEWELLERY COMPANY LIMITED**





REMARKS:_____    _____    DESIGNER: $\text{Dia}$_____

_    _____    _____    DATE    : 8/97_____

 **BEVERLLY JEWELLERY COMPANY LIMITED**





REMARKS:_____                                         DESIGNER: ﾟ ﾚ

                                                        DATE    : 8/9ﾌ.

 **BEVERLLY JEWELLERY COMPANY LIMITED**



REMARKS: _____   DESIGNER: _____

_____   DATE   : 12 − 96



# BEVERLLY JEWELLERY COMPANY LIMITED



REMARKS: _____

DESIGNER: _____

DATE    : 5/97



# BEVERLLY JEWELLERY COMPANY LIMITED









REMARKS:_____

DESIGNER:_____

DATE    : 1/9+

 **BEVERLLY JEWELLERY COMPANY LIMITED**

Messrs __LOEWTS JEWELRY MFG  INC__
__39 WEST 45TH STREET__
__12TH FLOOR  NEW YORK__
NEW YORK 10036
Order No.

Invoice No. : BJEX0858133
Ref. No. :
Cartier : FEDERAL EXPRESS
Delivery :
Terms : C.O.D.
Date : 7 December 1998

| MODEL No. | PARTICULARS | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | F.O.B |
| | | | | USD | USD |
| JEX12777 BM1664 | 14KWG PENDANT MTG. 14KWG | 6.38 gm | 1 PC | 130.00 | 130.00 |
| JEX17778 BM1602 | 14KWG PENDANT MTG. 14KWG | 3.77 gm | 1 PC | 80.00 | 80.00 |
| JEX12779 BM1601 | 14KWG PENDANT MTG. 14KWG | 4.22 gm | 1 PC | 80.00 | 80.00 |
| JEX12780 BM1600 | 14KYG PENDANT MTG. 14KWG | 4.23 gm | 1 PC | 80.00 | 80.00 |
| JEX12781 BE501 | 14KWG EARRING MTG. 14KWG | 7.67 gm | 1 PR | 140.00 | 140.00 |
| JEX12769 SB1057 | 14KWG BROOCH MTG. 14KWG | 13.08 gm | 1 PC | 325.00 | 325.00 |
| JEX12770 BJ3012 | 14KWG RING MTG. 14KWG | 9.38 gm | 1 PC | 140.00 | 140.00 |
| JEX12771 BJ2988B | 14KWG RING MTG. 14KWG | 8.06 gm | 1 PC | 150.00 | 150.00 |
| JEX12772 BJ3003 | 14KWG RING MTC. 14KWG | 6.67 gm | 1 PC | 140.00 | 140.00 |
| JEX12773 BJ3032 | 14KWG RING MTG. 14KWG | 5.47 gm | 1 PC | 110.00 | 110.00 |
| JEX12774 BM491 | 14KWG BROOCH MTG. 14KWG | 14.12 gm | 1 PC | 325.00 | 325.00 |
| JEX12775 BM1703 | 14KWG BROOCH MTG. 14KWG | 11.61 gm | 1 PC | 370.00 | 370.00 |
| JEX12776 BM1667 | 14KWG PENDANT MTG. 14KWG | 4.30 gm | 1 PC | 130.00 | 130.00 |
| | | Total | 13 | | 2,200.00 |
| | | Insurance | | | 40.00 |
| | | C&I | | | 2,240.00 |

TOTAL US DOLLARS TWO THOUSAND TWO HUNDRED FORTY ONLY.

COUNTRY OF ORIGIN  HONG KONG

B. & O. C.

For and on behalf of
BEVERLLY JEWELLERY CO., LTD.

Authorised Signature(s)

Page    1

LOEWTS JEWELRY MFG., INC.

P1/2

BEVERLLY JEWELLERY COMPANY LIMITED  欸號：  DEC. 7th 98

| 圖樣 | 欸號 BM1703 | 圖樣 | 欸號 BM491 |
|---|---|---|---|
|  | 阿名月 鉾枝 |  | |
| 圖樣 | 欸號 BM1664 | 圖樣 | 欸號 BM1667 |
|  | |  | |
| 圖樣 | 欸號 BM1602 | 圖樣 | 欸號 BM1601 |
|  | |  | |
| 圖樣 | 欸號 BM1600 | 圖樣 | 欸號 BE501 |
|  | |  | |
| 圖樣 | 欸號 BJ3032 | 圖樣 | 欸號 BJ3003 |
|  | |  | |

LOEWTS JEWELRY MFG., INC.

BB   BEVERLLY JEWELLERY COMPANY LIMITED   欵號：

P2/2

| 圖樣 | 欵號 BJ2988B | 圖樣 | 欵號 BJ3012 |
|---|---|---|---|
|  | |  | |
| 圖樣 | 欵號 SB1057 | 圖樣 | 欵號 |
|  | | | |
| 圖樣 | 欵號 | 圖樣 | 欵號 |
| 圖樣 | 欵號 | 圖樣 | 欵號 |
| 圖樣 | 欵號 | 圖樣 | 欵號 |