# EXHIBIT 2

LOEWTS JEWELRY MFG., INC.

BEVERLLY JEWELLERY COMPANY LIMITED    欸號：  DEC. 7th 98

P1/2

| 圖樣 | 欸號BM1703 | 圖樣 | 欸號BM491 |
| 圖樣 | 欸號BM1664 | 圖樣 | 欸號BM1667 |
| 圖樣 | 欸號BM1602 | 圖樣 | 欸號BM1601 |
| 圖樣 | 欸號BM1600 | 圖樣 | 欸號BE501 |
| 圖樣 | 欸號BJ3032 | 圖樣 | 欸號BJ3003 |

LOEWI'S JEWELRY MFG., INC.

## BEVERLLY JEWELLERY COMPANY LIMITED    款號：

P2/2

| 圖樣 | 款號 BJ2988B | 圖樣 | 款號 BJ3012 |
|---|---|---|---|
| 圖樣 | 款號 SE1057 | 圖樣 | 款號 |
| 圖樣 | 款號 | 圖樣 | 款號 |
| 圖樣 | 款號 | 圖樣 | 款號 |
| 圖樣 | 款號 | 圖樣 | 款號 |