# EXHIBIT 3

| PARTICULARS | | | QUANTITY |
|---|---|---|---|
| 8KW/G/18KYG BROOCH W/DIA. | | | 1 PC |
| 8KW/G | | 8.07 gm | |
| 8KYG | | 0.68 gm | |
| 5RD .- 0.18 | 52RD - 0.37 | | |
| 8KWG BROOCH W/SAPP.DIA | | | 1 PC |
| 8KWG | | 15.82 gm | |
| 47SS .- 2.35 | 43TS .- 3.86 | 20RD - 0.25 | |
| 7RD .- 0.58 | | | |
| 18KWG/18KYG BROOCH W/SAPP.DIA. | | | 1 PC |
| 18KWG | | 16.92 gm | |
| 18KYG | | 0.65 gm | |
| 55SS .- 3.00 | 31TS .- 2.94 | 11TP .- 0.07 | |
| 40RD .- 0.51 | | | |
| 18KYG/PT RING W/DIA. | | | 1 PC |
| 18KYG | | 7.49 gm | |
| PT | | 1.60 gm | |
| 7PR.D.- 0.62 | 6RD .- 0.10 | 6RD - 0.18 | |
| 18KWG/18KYG EARRING W/DIA. | | | 1 PR |
| 18KWG | | 7.59 gm | |
| 18KYG | | 3.48 gm | |
| 14PR.D. 0.86 | 12RD .- 0.20 | 12RD .- 0.32 | |
| PT RING W/DIA. | | | 1 PC |
| PT | | 8.00 gm | |
| 36RD .- 0.27 | 14MD . 0.71 | 1RD .- 0.01 | |
| 18KWG EARRING W/DIA. | | | 1 PR |
| 18KWG | | 9.00 gm | |
| 58RD .- 0.47 | 20MD . 0.84 | | |
| 18KWG RING W/DIA. | | | 1 PC |
| 18KWG | | 5.84 gm | |
| 16PR.D. 0.78 | 34RD .- 0.38 | 4PR.D.- 0.30 | |

# BEVERLLY JEWELLERY COMPANY LIMITED

Messrs TACORI  
607 S HILL ST  
SUITE 414, LOS ANGELES  
CA90014  
Order No. _____

Invoice No. : BJEX99/3456  
Ref. No. : _____  
Carrier : LOCAL DELIVERY  
Delivery : _____  
Terms : C.O.D.  
Date : 15 January 1999

| MODEL No. | PARTICULARS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | F.O.B |
| | | | USD | USD |
| FS7484 BJ3137 | 18KWG RING W/DIA. 18KWG 4.51 gm<br>5MD - 0.37  42RD - 0.40 | 1 PC | 435.00 | 435.00 |
| FS7494 BE536 | 18KWG RING W/DIA. 18KWG 7.26 gm<br>6MD - 0.52  60RD - 0.97 | 1 PR | 685.00 | 685.00 |
| FS7427 BJ3139 | 18KWG RING W/DIA. 18KWG 7.32 gm<br>20RD - 0.36  26RD - 1.02 | 1 PC | 600.00 | 600.00 |
| FS7428 BE538 | 18KWG EARRING W/DIA. 18KWG 8.56 gm<br>36RD - 0.68  24RD - 1.08 | 1 PR | 795.00 | 795.00 |
| FS7457 BJ3135 | 18KWG RING W/DIA. 18KWG 5.88 gm<br>26RD - 0.32  15RD - 0.54  10TP - 0.36 | 1 PC | 575.00 | 575.00 |
| FS7458 BE534 | 18KWG EARRING W/DIA. 18KWG 6.80 gm<br>12TP - 0.36  46RD - 0.60  14RD - 0.38 | 1 PR | 695.00 | 695.00 |
| FS7444 BJ2745A | PT RING W/DIA. PT 8.83 gm<br>40RD - 0.40  6TRI - 0.52 | 1 PC | 880.00 | 880.00 |
| FS7221 DJ3030 | PT RING W/DIA. PT 6.00 gm<br>2TRI - 0.25  1BG - 0.10  16RD - 0.24 | 1 PC | 565.00 | 565.00 |
| FS7367 BJ2973 | PT RING W/DIA. PT 9.65 gm<br>44RD - 0.39  2RD - 0.05  1RD - 0.11 | 1 PC | 435.00 | 435.00 |
| FS7267 BJ2988B | PT RING W/DIA. PT 12.23 gm<br>1RD - 0.11  10RD - 0.96 | 1 PC | 685.00 | 685.00 |
| FS7061 BJ2924A | PT RING W/DIA. PT 5.36 gm<br>41TP - 0.55  9RD - 0.14 | 1 PC | 575.00 | 575.00 |

c. o. d.

 **BEVERLLY JEWELLERY COMPANY LIMITED**

| Messrs | TACORI | | | |
|---|---|---|---|---|
| | 907 S.HILL ST. | | | |
| | SUITE 414, LOS ANGELES | | | |
| | CA90014 | | | |
| Order No. | | | | |

Invoice No. : RJPX89/3466
Ref. No. :
Carrier : LOCAL DELIVERY
Delivery :
Terms : C.O.D.
Date : 15 January 1999

| MODEL No. | PARTICULARS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | F.O.B |
| | | | USD | USD |
| FS7471 BJ3129 | PT RING W/DIA. PT        8.07 gm  .- 0.38   4RD .- 0.11   20TP .- 0.45  1MD .- 0.41 | 1 PC | 830.00 | 830.00 |
| FS7187 RJX981 | PT RING W/DIA. PT      11.91  23RD .- 1.09 | 1 PC | 720.00 | 720.00 |
| FS7076 BJ2922 | PT RING MTG W/DIA. PT       4.88 gm  6MD .- 0.32   2RD .- 0.03 | 1 PC | 495.00 | 495.00 |
| FS7418 MS1363 | PT RING W/DIA. PT       4.40 gm  1RD .- 0.32   30RD .- 0.36   10BG .- 0.28 | 1 PC | 815.00 | 815.00 |
| FS7423 BM1673 | 18KWG/18KYG BROOCH W/DIA. 18KWG      7.22 gm 18KYG       0.63 gm 34RD .- 0.40   12RD .- 0.36 | 1 PC | 470.00 | 470.00 |
| FS7424 BM1687 | 18KWG/18KYG BROOCH W/DIA. 18KWG     10.36 gm 18KYG       0.68 gm 16RD .- 0.46   20RD .- 0.22 | 1 PC | 505.00 | 505.00 |
| | Total | 26 | | 18,290.00 |
| | | | | 18,290.00 |

TOTAL US DOLLARS EIGHTEEN THOUSAND TWO HUNDRED NINETY ONLY

COUNTRY OF ORIGIN   HONG KONG

For and on behalf of
BEVERLLY JEWELLERY CO., LTD.

_(signature)_
Authorized Signature(s)

E. & O. E.

Page   3





| 狀號 | BE536 |
| --- | --- |

| 狀號 | BE538 |
| --- | --- |

| 狀號 | BE534 |
| --- | --- |

| 狀號 | BJ3030 |
| --- | --- |

| 狀號 | BJ2988B |
| --- | --- |

*TACORI*

**BEVERLLY JEWELLERY COMPANY LIMITED** 欧欵

P3/3

| 同樣 | 欵號 BJ3129 | 同樣 | 欵號 BJ2981 |
| 同樣 | 欵號 BJ2922 | 同樣 | 欵號 MS1363 |
| 同樣 | 欵號 BM1673 | 同樣 | 欵號 BM1687 |
| 同樣 | 欵號 | 同樣 | 欵號 |
| 同樣 | 欵號 | 同樣 | 欵號 |

TOP IDEA



 **BEVERLLY JEWELLERY COMPANY LIMITED**





REMARKS: _____ DESIGNER: Dia

DATE: 8/97

 **BEVERLLY JEWELLERY COMPANY LIMITED**





REMARKS: _____    DESIGNER: _____

_____   DATE: 8/97.


# BEVERLLY JEWELLERY COMPANY LIMITED



REMARKS: _____  DESIGNER: _____

DATE: 12-96


### BEVERLLY JEWELLERY COMPANY LIMITED



REMARKS: _____

DESIGNER: _____

DATE: 5/97

 **BEVERLLY JEWELLERY COMPANY LIMITED**






REMARKS: _____   DESIGNER: ___

DATE : 1/97