Exhibit A

```
Invoice Number 389233

                                        389233
VANDELICHT/MO                           24 FEB 2006          01
Shop: 12905
2505          02-24-06     REGISTERED MAIL   1/3 30 60 90 DAYS 2% ON LAST PAYMENT

.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .

      1   5619-01 EN. DIA 1/2 TW SEMI (14K WG) 14K WG      668.08      668.08
      1   5620-01 WR. DIA 1/2 TW (14K WG) 14K WG           665.47      665.47
      1   3499-10 (C41YXD9-18) E/R. DIA .18 TW D9           76.14       76.14
              SAPIENCE
          14K WG
      1   3499-08 E/R. DIA .27 TW D9 SAPIENCE               89.80       89.80
          14K WG
      1   3500-05 E/R. DIA .31 TW D9 SAPIENCE              116.53      116.53
          14K WG
      1   3501-05 (C42AAD9) E/R. DIA .48 TW D9 SAPIENCE    311.25      311.25
          14K WG
      1   3502-10 (C42ACD9-72) E/R. DIA .72 TW D9          537.34      537.34
              SAPIENCE
          14K WG
```

4/11/2007 8:54:50 AM   HOSTACCESS - rego

REGO 0786

```
VANDELICHT/MO                          389233
Shop: 12905                            24 FEB 2006        01
2505        02-24-06    REGISTERED MAIL  1/3 30 60 90 DAYS 2% ON LAST PAYMENT

 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


    1    3502-08 E/R. DIA .97 TW D9 SAPIENCE          905.05      905.05
         14K WG
    1    5845-01 EN. DIA 5/8 TW SEMI 14K WG           906.58      906.58
    1    5621-01 DIA 9/10 TW SEMI 14K WG              992.55      992.55
    1    6294-01 WR. DIA 7/8 TW  14K WG               889.22      889.22
    1    3363-02 (C41KMD) WR. DIA 1/3 TW 14K WG       365.54      365.54
    1    5240-01 EN. DIA 7/8 TW SEMI 14K WG           763.15      763.15
    1    5241-01 WR. DIA 7/8 TW 14K WG                903.95      903.95
    1    6660-02 DIA 1 1/2 TW SEMI 18K WG            1548.50     1548.50
    1    5097-02 (C42VTD5) PEND. DIA 1/6 TW D5 (14K   175.36      175.36
            WG)
         14K WG
    1    5077-02 (C42RQM5) EN. DIA 1/4 TW SEMI D5     301.40      301.40
            (14K WG)
```

4/11/2007 8:54:51 AM   HOSTACCESS - rego

REGO 0787

```
VANDELICHT/MO                        389233
Shop: 12905                          24 FEB 2006        01
2505        02-24-06    REGISTERED MAIL   1/3 30 60 90 DAYS 2% ON LAST PAYMENT

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •


         14K WG
    1    5078-02 (C42RRD5) WR. DIA 1/10 TW D5 (14K WG)    150.71      150.71
         14K WG
    1    5741-01 DIA 1 1/3 TW D5 14K WG                  1990.08     1990.08
         CHECKED BY TD/BALANCE TO FOLLOW/THANK YOU

         Sub Total                                                 12356.70

         Mailing & Handling                                           25.65
         Discount of $247.13 if payments received on time.

                         Invoice Total                             12382.35
Press <Enter>    [/] exit    [O]rder    [-] Backup    [PR]int    [T]rack
```

4/11/2007 8:54:53 AM  HOSTACCESS - rego

REGO 0788

```
BILLY/MITCHELL                                389546
Shop: 12935     1Z4733110300419723            03 MAR 2006          23
1782            03-03-06      UPS              1/3 30 60 90 DAYS 2% ON LAST PAYMENT
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
    1   2148-04 (C4XF4P1D5) CP DIA 1/20 TW D5 14K YG      174.48        174.48
    1   3406-01 (C41PJP1D5) CP DIA 1/20 TW D5 14K YG      130.25        130.25
    1   3482-01 (C41XRP1D5) E/R. CP DIA 1/8 TW D5         167.74        167.74
            14K WG
    1   3481-02 (C41XQP1D5) PEND. CP DIA 1/14 TW D5       131.80        131.80
            14K WG
    1   5083-02 (C42RYD5) DIA 1/3 TW D5 14K WG            360.56        360.56
    1   3047-05 (C4L0VT2D5) TOP BL DIA 1/10 TW D5         215.15        215.15
            14K WG SHK / 14K YG TRIM
    1   2615-02 (C4RY6D5) EN. DIA 1/5 TW D5 14K WG        291.59        291.59
    1   2898-04 (C4A0WM) DIA 3/8 TW SEMI 14K WG           552.94        552.94
    1   5240-01 EN. DIA 7/8 TW SEMI 14K WG               764.31        764.31
    1   5241-01 WR. DIA 7/8 TW 14K WG                     904.95        904.95
    1   2897-04 (C4A0VM) DIA 1/4 TW SEMI 14K WG           339.03        339.03
```

4/11/2007 9:03:20 AM   HOSTACCESS - rego

REGO 0811

```
BILLY/MITCHELL                                    389546
Shop: 12935      1Z4733110300419723              03 MAR 2006        23
1782          03-03-06      UPS              1/3 30 60 90 DAYS 2% ON LAST PAYMENT

  1    6826-01 EN. DIA 1/2 TW SEMI D5 14K WG          440.22      440.22
  1    6827-01 WR. DIA 1/6 TW D5 14K WG               178.96      178.96
       CHECKED BY TD/BALANCE TO FOLLOW/THANK YOU

       Sub Total                                                 4651.98

       U.P.S. & Insurance                                          29.94
       Discount of $ 93.03 if payments received on time.

                         Invoice Total                           4681.92
Press <Enter>    [/] exit    [O]rder    [-] Backup    [PR]int    [T]rack
```

4/11/2007 9:03:21 AM  HOSTACCESS - rego

REGO 0812

```
Invoice Number 389605

K & K/GARDENDALE                              389605
Shop: 12968                                   06 MAR 2006        23
23-1785      03-06-06      DELIVERY           1/3 30 60 90 DAYS 2% ON LAST PAYMENT
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

        1    5241-01 WR. DIA 7/8 TW 14K WG            906.00      906.00
        1    5240-01 EN. DIA 7/8 TW SEMI 14K WG       766.00      766.00
             DELIVERED BY SALESMAN
                                                                 _____
                              Invoice Total                       1672.00
Press <Enter>   [/] exit    [O]rder   [-] Backup   [PR]int   [T]rack
```

4/11/2007 9:11:36 AM  HOSTACCESS - rego

REGO 0833



# INVOICE

## 401459

CUST # F732
REP # 23

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone:  419-582-0468
800-537-4932
Fax  419-582-5059
E-mail:  rego@regoonline.com

| SHIP TO | | BILL TO | |
|---|---|---|---|
| **FROST + CO** | | **FROST + CO** | |
| 717 LIBERTY AVE, STE.212 | | 717 LIBERTY AVE, STE.212 | |
| PITTSBURGH PA 15222-3505 | | PITTSBURGH PA 15222-3505 | |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 13293 | 06-22-06 | 06-22-06 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 3166-04 | | 437.45 | $ 437.45 |
| 1 | 6326-01 | | 543.64 | $ 543.64 |
| 0.5 | 5950-05 | | 414.57 | $ 207.29 |
| 1 | 3552-06 | | 396.34 | $ 396.34 |
| 1 | Job | | 300.39 | $ 300.39 |
| 1 | 7070-01 | | 2,796.12 | $ 2,796.12 |
| 1 | 3308-02 | | 1,325.54 | $ 1,325.54 |
| 1 | 6073-01 | | 1,285.57 | $ 1,285.57 |
| 1 | 5786-03 | | 1,062.75 | $ 1,062.75 |
| 1 | 2843-11 | Head. 1.0 | 786.81 | $ 786.81 |
| 1 | 3577-06 | | 807.41 | $ 807.41 |
| 1 | 5838-01 | Head: 1.0 | 374.93 | $ 374.93 |
| 1 | 5510-07 | | 651.31 | $ 651.31 |
| 1 | 5923-14 | Head: 1 0 | 476.07 | $ 476.07 |
| 1 | 3244-12 | Head: 1.0 | 963.56 | $ 963.56 |
| 1 | 3568-06 | Head: 1.0 | 437.68 | $ 437.68 |
| 1 | 5240-04 | | 802.38 | $ 802.38 |

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS  THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS  THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



# INVOICE
## 401459



**CUST #  F732**
**REP #  23**

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone:  419-562-0468
        800-537-4932
Fax:    419-562-5059
E-mail:  rego@regoonline.com

SHIP TO  **FROST + CO**
717 LIBERTY AVE, STE.212

PITTSBURGH PA 15222-3505

BILL TO  **FROST + CO**
717 LIBERTY AVE, STE.212

PITTSBURGH PA 15222-3505

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
|         | 13293    | 06-22-06     | 06-22-06 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|------|-------------|------------|-------|
| 1 | 7054-04 | Head: 1.0 PRI | 806.79 | $ 806.79 |

SUBTOTAL:  $ 14,462.03
SHIPPING & INSURANCE:  26.00

TOTAL:  $ 14,488.03

Order 13293 Checked by TD/Order complete/Thank you

F23

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0912



# INVOICE

## 402824

**CUST #** P932
**REP #** 05

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| | | |
|---|---|---|
| **SHIP TO** | **PAGAN'S**<br>624 S.W. DRIVE<br>JONESBORO AR 72401 | |

| | | |
|---|---|---|
| **BILL TO** | **PAGAN'S**<br>624 S.W. DRIVE<br>JONESBORO AR 72403-1407 | |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 61961 | 08-10-06 | 08-10-06 | - | C O.D. |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5240-01 | Size: 6 | 774.03 | $ 774.03 |
| 1 | 5241-01 | Size: 6 | 913.46 | $ 913.46 |
| | | | SUBTOTAL: | $ 1,687.49 |
| | | | SHIPPING & INSURANCE: | 8.50 |
| | | | TOTAL: | $ 1,695.99 |

Order 61961 Checked by TD/Order complete/Thank you

P05

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0909



# INVOICE

## 403012

CUST # V651
REP # 01

1870 E. Mansfield Road
P.O Box 838
Bucyrus, OH 44820

Phone· 419-562-0466
800-537-4932
Fax 419-582-5059
E-mail: rego@regoonline.com

**SHIP TO**
**VANDELICHT'S**
3702 W.TRUMAN BLVD. #209
JEFFERSON CITY MO 65109-6156

**BILL TO**
**VANDELICHT'S**
3702 W.TRUMAN BLVD. #209
JEFFERSON CITY MO 65109-6156

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
|  | 62155 | 08-15-06 | 08-15-06 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|------|-------------|------------|-------|
| 1 | 7079-01 | #100-1327 | 3,762.56 | $ 3,762.56 |
| 1 | 2777-10 |  | 1,515.10 | $ 1,515.10 |
| 1 | 6176-01 | Head: 4PR 1CT | 903.88 | $ 903.88 |
| 1 | 3386-03 | #075-0749 | 2,499.29 | $ 2,499.29 |
| 1 | 3387-04 |  | 412.66 | $ 412.66 |
| 1 | 5240-01 | SOFT SET CZ 1) 1ct rd | 782.00 | $ 782.00 |
| 1 | 5241-01 |  | 912.67 | $ 912.67 |
| 1 | 2638-03 | Head: 4PR 1CT | 173.46 | $ 173.46 |
| 1 | 2638-02 | Head· 4PR 1CT | 173.46 | $ 173.46 |

|  |  |
|--|--|
| SUBTOTAL: | $ 11,135.08 |
| SHIPPING & INSURANCE: | 27.00 |
| TOTAL· | $ 11,162.08 |

Order 62155 Checked by TD/Balance to follow/Thank you

V01

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



# INVOICE
## 403222

**CUST #** K137
**REP #** 05

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| | |
|---|---|
| **SHIP TO** **KELZEK'S INC**<br>608 MAIN ST<br><br>ARKADELPHIA AR 71923-6038 | **BILL TO** **KELZEK'S INC**<br>608 MAIN ST<br><br>ARKADELPHIA AR 71923-6038 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 61243 | 08-21-06 | 08-21-06 | UPS | 2% 10 EOM Net 30 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5241-01 | Size: 4 | 913.49 | $ 913.49 |
| 1 | 5240-01 -SP | Head: pri hs for 7.47 x 7.03  Size: 4 | 774.06 | $ 774.06 |
| | | SUBTOTAL: | | $ 1,687.55 |
| | | SHIPPING & INSURANCE: | | 14.58 |
| | | **TOTAL:** | | **$ 1,702 13** |

Order 61243 Checked by TD/Order complete/Thank you

K05

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



# INVOICE
## 403331

CUST # K137
REP # 05

1870 E. Mansfield Road
P.O Box 838
Bucyrus, OH 44820

Phone: 419-562-0468
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| SHIP TO | BILL TO |
|---------|---------|
| **KELZEK'S INC**<br>608 MAIN ST<br><br>ARKADELPHIA AR 71923-6038 | **KELZEK'S INC**<br>608 MAIN ST<br><br>ARKADELPHIA AR 71923-6038 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
|  | 62456 | 08-23-06 | 08-23-06 | UPS 2nd Day | 2% 10 EOM Net 30 |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|------|-------------|------------|-------|
| 1 | 5241-01 |  | 911.15 | $ 911.15 |
| 1 | 5240-01 -SP |  | 771.39 | $ 771.39 |
|  |  | SUBTOTAL: |  | $ 1,682.54 |
|  |  | SHIPPING & INSURANCE: |  | 0.00 |
|  |  | TOTAL: |  | $ 1,682.54 |

K168205

ANY DIAMONDS HEREREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0906



# INVOICE
## 403578

CUST # M309
REP # 02

**1870 E. Mansfield Road**
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

E-mail: rego@regoonline.com

| SHIP TO | BILL TO |
|---|---|
| **MARKEN INC.** 1520 E COLLEGE AVE NORMAL IL 61761-2100 | **MARKEN INC.** 1520 E COLLEGE AVE NORMAL IL 61761-2100 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 62519 | 08-30-06 | 08-30-06 | UPS | Net 30 Days |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5240-01 | Size: 6 | 770.79 | $ 770.79 |

SUBTOTAL: $ 770.79

SHIPPING & INSURANCE: 21.10

TOTAL: $ 791.89

Order 62519 Checked by TD/Order complete/Thank you

M320002

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0905

**Rego Manufacturing**
1870 E. Mansfield Rd
P.O. Box 838
Bucyrus OH 44820
USA419-562-0466

400408                           403012        09-13-06    V651

1          Copy

VANDELICHT'S

3702 W.TRUMAN BLVD. #209

JEFFERSON CITY MO 65109-6158
USA

VANDELICHT'S

3702 W.TRUMAN BLVD. #209

JEFFERSON CITY MO 65109-6156
USA

09-13-06                    Registered Mail                          Credit Memo

Ron Griffin

| | | | | | | |
|---|---|---|---|---|---|---|
| 7079-01 | DIA 1 5/8 TW D5 | 1.000 | 0 00 | 0 00 | $ 3,762 56 | $ 3,762.56 |
| 8178-01 | DIA 1CT TW SEMI D5 | 1 000 | 0 00 | 0 00 | $ 903.88 | $ 903.88 |
| 3386-03 | EN. DIA 1 45TW W/ 75CTR D5 | 1 000 | 0 00 | 0 00 | $ 2,499 29 | $ 2,499.29 |
| 3387-04 | WR. DIA 1/2 TW D5 | 1 000 | 0 00 | 0 00 | $ 412 66 | $ 412.66 |
| 5240-01 | EN DIA 7/8 TW SEMI | 1 000 | 0.00 | 0 00 | $ 782 00 | $ 782.00 |
| 5241-01 | WR DIA 7/8 TW | 1 000 | 0 00 | 0 00 | $ 912 67 | $ 912.67 |

SUBTOTAL        TAX                DISCOUNT
$ 9,273.06                                                          $ 9,273.06

400408

**Rego Manufacturing**
1870 E. Mansfield Rd
P.O. Box 838
Bucyrus OH 44820
USA419-562-0466

400438

09-15-08   R255

1      Copy

**ROBERT'S DISTRIBUTORS**
255 S. MERIDIAN

INDIANAPOLIS IN 46225-1094
USA

**ROBERT'S DISTRIBUTORS**
255 S. MERIDIAN

INDIANAPOLIS IN 46225-1094
USA

09-15-08

Credit Memo

BOB, BRUCE                     Dan Cockrell

| 5241-01 | WR. DIA 7/8 TW | 1 000 | 0.00 | 0 00 | $ 868 38 | $ 868 38 |
| 5240-01 | EN DIA 7/8 TW SEMI | 1 000 | 0.00 | 0 00 | $ 728 08 | $ 728 08 |

| SUBTOTAL | TAX | DISCOUNT | |
| $ 1,594 46 | | | $ 1,594.46 |

400438

REGO 0884



# INVOICE

## 404138

CUST # T321
REP # 08

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| SHIP TO | BILL TO |
|---|---|
| TIBOR<br>1707 WILMINGTON RD.<br>NEW CASTLE PA 16105-2055 | TIBOR<br>1707 WILMINGTON RD.<br>NEW CASTLE PA 16105-2055 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 62082 | 09-13-06 | 09-13-06 | Registered Mail | Post Dated Checks |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 3486-02 | | 122.89 | $ 122.89 |
| 1 | 5086-02 | | 229.50 | $ 229.50 |
| 1 | 3408-02 | | 194.49 | $ 194.49 |
| 1 | 1902-03 | Head: 6PRG 2CT | 940.76 | $ 940.76 |
| 1 | 4685-12 | Head: 4 PRG 1/4 | 227.13 | $ 227.13 |
| 1 | 4686-01 | | 219.37 | $ 219.37 |
| 1 | 3568-01 | | 387.37 | $ 387.37 |
| 1 | 3569-01 | | 360.80 | $ 360.80 |
| 1 | 5241-01 | | 914.25 | $ 914.25 |
| 1 | 5240-07 | | 2,287.84 | $ 2,287.84 |
| 1 | 7248-01 | | 608.25 | $ 608.25 |
| 1 | 2131-04 | | 359.85 | $ 359.85 |
| 1 | 3413-01 | | 858.06 | $ 858.06 |
| 1 | 6248-01 | | 395.93 | $ 395.93 |
| 1 | 2914-02 | | 679.90 | $ 679.90 |
| 1 | 2104-08 | | 280.07 | $ 280.07 |
| 1 | 2139-03 | | 431.87 | $ 431.87 |

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0903



# INVOICE

## 404138



**CUST #** T321
**REP #** 08

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0468
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| | |
|---|---|
| **SHIP TO** TIBOR<br>1707 WILMINGTON RD.<br><br>NEW CASTLE PA 16105-2055 | **BILL TO** TIBOR<br>1707 WILMINGTON RD.<br><br>NEW CASTLE PA 16105-2055 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 62082 | 09-13-06 | 09-13-06 | Registered Mail | Post Dated Checks |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 2139-09 | | 506.85 | $ 506.85 |

SUBTOTAL: $ 10,005.18

SHIPPING & INSURANCE: 23.25

TOTAL: $ 10,028.43

Order 62082 Checked by TD/Balance to follow/Thank you

T08

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS  THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS  THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0904

 **REGO** ®

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

# INVOICE
## 404600



CUST # V651
REP # 01

**SHIP TO**
VANDELICHT'S
3702 W.TRUMAN BLVD. #209
JEFFERSON CITY MO 65109-6156

**BILL TO**
VANDELICHT'S
3702 W.TRUMAN BLVD. #209
JEFFERSON CITY MO 65109-6156

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| REPLACEMENT | 63109 | 10-10-06 | 09-22-06 | UPS | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | 5240-01 | | | 767.34 | $ 767.34 |
| 1 | 5241-01 | | | 907.61 | $ 907.61 |
| | | | SUBTOTAL: | | $ 1,674.95 |
| | | | SHIPPING & INSURANCE: | | 13.10 |
| | | | TOTAL: | | $ 1,688.05 |

Order 63109 Checked by TD/Order complete/Thank you

V01

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**W W W . R E G O O N L I N E . C O M**



# INVOICE

## 402485

1870 E Mansfield Road    Phone:    419-562-0466
P O. Box 838                                  800-537-4932
Bucyrus, OH 44820     Fax:         419-562-5059
        E-mail:    rego@regoonline.com

CUST #  M309
REP #  02

**SHIP TO**

**MARKEN INC.**
1520 E COLLEGE AVE

NORMAL IL 61761-2100

**BILL TO**

**MARKEN INC.**
1520 E COLLEGE AVE

NORMAL IL 61761-2100

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
|         | 60912    | 10-10-06     | 08-02-06 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|------|-------------|------------|-------|
| 1 | 5923-13 |  | 438 88 | $ 438.88 |
| 1 | 5169-09 |  | 225.07 | $ 225.07 |
| 1 | 2891-03 |  | 256.69 | $ 256.69 |
| 1 | 2870-02 |  | 787.73 | $ 787.73 |
| 1 | 3305-03 |  | 530.33 | $ 530.33 |
| 1 | 7079-04 |  | 801.12 | $ 801.12 |
| 1 | 5240-01 |  | 771.78 | $ 771.78 |
| 1 | 5413-01 | Head: 4PR 3/4 | 595.84 | $ 595.84 |
| 1 | 5414-01 |  | 440.31 | $ 440.31 |
| 1 | 2407-06 |  | 502.52 | $ 502.52 |

SUBTOTAL:    $ 5,350.27

SHIPPING & INSURANCE:    20.00

TOTAL:      $ 5,370.27

Order 60912 Checked by TD/Balance to follow/Thank you

M02

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



# INVOICE

## 404815

CUST # T363
REP # 01

**1870 E. Mansfield Road**
**P.O. Box 838**
**Bucyrus, OH 44820**

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

**SHIP TO**
THORPE + CO., INC.
501 4TH ST.
SIOUX CITY IA 51101-1601

**BILL TO**
THORPE + CO., INC.
P.O. BOX 474
SIOUX CITY IA 51102-0474

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 62950 | 10-10-06 | 09-28-06 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 4773-05 | Head: 4PRG 1CT | 781 09 | $ 781.09 |
| 1 | 7710-01 | (34) D .016 GH/SI; (2) D PRI .15 GH/SI | 1,186.33 | $ 1,186.33 |
| 1 | 2914-02 | (8) D .03 GH/SI; (4) R SQ 3 | 659.88 | $ 659.88 |
| 1 | 3129-05 | (2) D5 .07 HI/I1; (2) D5 .10 HI/I1; (1) D5 .20 HI/I1 | 528.63 | $ 528.63 |
| 1 | 2242-09 | (16) D9 .0133 White/I2 | 131.36 | $ 131.36 |
| 1 | 2242-10 | | 131.36 | $ 131.36 |
| 1 | 2945-02 | Head: 4PR 1CT | 169.76 | $ 169.76 |
| 1 | 5619-01 | (12) D .005 GH/SI; (8) D .01 GH/SI; (10) D PRI .0375 GH/SI | 673.70 | $ 673.70 |
| 1 | 5620-01 | (12) D .005 GH/SI; (6) D .01 GH/SI; (15) D PRI .025 GH/SI | 669.87 | $ 669.87 |
| 1 | 2717-03 | (2) D .0325 GH/SI; (4) D .04 GH/SI; (4) D .06 GH/SI; (6) D .08 GH/SI Head: 6PRG 2CT TULIP | 1,280.56 | $ 1,280.56 |
| 1 | 5240-01 | (54) D .015 GH/SI | 769.02 | $ 769.02 |
| 1 | 5241-01 | (26) D .0075 GH/SI; (26) D .025 GH/SI | 909.08 | $ 909.08 |
| 1 | 3525-02 | (4) D .01 GH/SI; (2) D .015 GH/SI; (6) D .02 GH/SI | 264.24 | $ 264.24 |
| 1 | 5820-01 | (44) D5 .01 HI/I1; (10) D5 SB .02 HI/I1 Head: 6PR 3/4 | 623.55 | $ 623.55 |
| 1 | 1902-02 | (4) D .065 GH/SI; (8) D PRI .03 GH/SI; (8) D PRI .035 GH/SI Head: 6PRG 2CT | 930.71 | $ 930.71 |
| 1 | 3309-02 | (40) D .009 GH/SI | 516.77 | $ 516.77 |
| 1 | 3561-01 | (14) D .0075 GH/SI | 226.16 | $ 226.16 |
| 1 | 3386-08 | (2) D5 .02 HI/I1; (2) D5 .028 HI/I1; (2) D5 .025 HI/I1; (2) D5 .03 HI/I1; (2) D5 .25 HI/I1 | 766.98 | $ 766.98 |

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



**REGO**®

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

# INVOICE
## 404815



CUST # T363
REP # 01

| SHIP TO | THORPE + CO., INC. | BILL TO | THORPE + CO., INC. |
|---|---|---|---|
| | 501 4TH ST. | | P.O. BOX 474 |
| | SIOUX CITY IA 51101-1601 | | SIOUX CITY IA 51102-0474 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 62950 | 10-10-06 | 09-28-06 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 3387-04 | (2) D5 .015 HI/I1; (2) D5 .0175 HI/I1; (2) D5 .02 HI/I1; (2) D5 .025 HI/I1; (2) D5 .045 HI/I1; (2) D5 .08 HI/I1; (1) D5 .12 HI/I1 | 408.38 | $ 408.38 |

SUBTOTAL: $ 11,627.43

SHIPPING & INSURANCE: 24.15

TOTAL: $ 11,651.58

Order 62950 Checked by TD/Balance to follow/Thank you

T01

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION

**w w w . r e g o o n l i n e . c o m**

REGO 0900



# INVOICE

## 405629



**CUST # D884**
**REP # 01**

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820
E-mail: rego@regoonline.com
Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

| SHIP TO | BILL TO |
|---|---|
| **Drenon's** <br> 2314 S. Lee's Summit Rd. <br><br> Independence MO 64055-1935 | **Drenon's** <br> 2314 S. Lee's Summit Rd <br><br> Independence MO 64055-1935 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 61972 | 10-16-06 | 10-16-06 | UPS Next Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5240-06 | | 1,828.07 | $ 1,828.07 |
| 1 | 3266-11 | | 2,058.89 | $ 2,058.89 |
| 1 | 5956-01 | | 325.51 | $ 325.51 |
| 1 | 5955-15 | | 1,363.38 | $ 1,363.38 |
| 1 | 5845-01 | | 913.14 | $ 913.14 |
| 1 | Job -SP | | 203.02 | $ 203.02 |
| 1 | Job -SP | | 197.98 | $ 197.98 |
| 1 | Job -SP | | 289.88 | $ 289.88 |
| 1 | Job -SP | | 203.02 | $ 203.02 |
| 1 | Job -SP | | 289.88 | $ 289.88 |

SUBTOTAL: $ 7,672.77

SHIPPING & INSURANCE: 0.00

TOTAL: $ 7,672.77

Order 61972 Checked by TD/Balance to follow/Thank you

D01

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0898



# INVOICE
## 406016

1870 E. Mansfield Road
P.O. Box 836
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

**CUST # B307**
**REP # 01**

| | |
|---|---|
| **SHIP TO** ROBERT BEINS<br>455 N.NEW BALLAS RD.<br>ST LOUIS MO 63141 | **BILL TO** ROBERT BEINS<br>455 N.NEW BALLAS RD.<br>ST LOUIS MO 63141 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 64286 | 10-24-06 | 10-24-06 | UPS | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 2733-10 | | 1,528.04 | $ 1,528.04 |
| 1 | 5241-01 | | 906.20 | $ 906.20 |
| 1 | 5240-01 | SOFT SET CZ<br>**** SHIP SURE 10/23/2006 **** | 765.73 | $ 765.73 |
| 1 | 2777-10 | | 1,506.78 | $ 1,506.78 |
| 1 | 6176-01 | Head: 4PR 1CT | 894.94 | $ 894.94 |
| 1 | 6574-01 | | 274.34 | $ 274.34 |
| 1 | 6767-01 | | 549.11 | $ 549.11 |
| 1 | 5741-01 | | 1,993.15 | $ 1,993.15 |
| 1 | 5667-01 | | 527.01 | $ 527.01 |
| 1 | 3595-04 | | 794.26 | $ 794.26 |
| 1 | 2165-10 | Head: HD 4PR 1 1/2 SOL (NON PEG) | 1,872.33 | $ 1,872.33 |
| 1 | 5490-12 | | 1,215.79 | $ 1,215.79 |
| 1 | 5491-01 | | 561.28 | $ 561.28 |
| 1 | 7054-03 | | 3,005.33 | $ 3,005.33 |
| 1 | 7055-01 | | 279.73 | $ 279.73 |
| 1 | 6708-01 | | 224.69 | $ 224.69 |
| 1 | 6707-01 | | 540.82 | $ 540.82 |
| 1 | 6660-02 | Head: 6PRG 3/4 | 1,738.51 | $ 1,738.51 |
| 1 | 5949-05 | | 1,089.36 | $ 1,089.36 |

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANGE WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0896



# INVOICE

### 406016



CUST # B307
REP # 01

| | 1870 E. Mansfield Road | Phone: | 419-562-0466 |
| | P.O. Box 838 | | 800-537-4932 |
| | Bucyrus, OH 44820 | Fax: | 419-562-5059 |
| | E-mail: | rego@regoonline.com | |

| SHIP TO | ROBERT BEINS | | BILL TO | ROBERT BEINS |
| | 455 N.NEW BALLAS RD. | | | 455 N.NEW BALLAS RD. |
| | ST LOUIS MO 63141 | | | ST LOUIS MO 63141 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 64286 | 10-24-06 | 10-24-06 | UPS | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | 5950-01 | | | 315.66 | $ 315.66 |

SUBTOTAL: $ 20,583.06

SHIPPING & INSURANCE: 107.60

TOTAL: $ 20,690.66

Order 64286 Checked by TD/Balance to follow/Thank you

B01

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0897



## INVOICE

### 407208

|||||||| barcode ||||||||

CUST # S630
REP # 02

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820
E-mail: rego@regoonline.com

Phone: 419-582-0466
800-537-4932
Fax: 419-562-5059

**SHIP TO** STOUT + LAUER, INC.
1929 W. ILES AVE.
SPRINGFIELD IL 62704-4181

**BILL TO** STOUT + LAUER, INC.
1929 W. ILES AVE.
SPRINGFIELD IL 62704-4181

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| BRIAN | 65041 | 11-21-06 | 11-21-06 | UPS 2nd Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 2286-03 | BLK MTG 14K WG     Head: HD 4PRG 1/2<br>BLK MTG 14K WG     Head: HD 4PRG 1/2 | 119.48 | $ 119.48 |
| 1 | 2570-14 | DIA 1/3 TW SEMI D5 14K WG     Head: HD 4PRG 1/2<br>DIA .32 TW SEMI D5 14K WG     Head: HD 4PRG 1/2<br>(2) D5 .16 HI/I1<br>Mellee Diamonds=0.32 Centers= | 354.61 | $ 354.61 |
| 1 | 2850-05 | PEND. DIA 3/4 TW D5 NO CHAIN 14K YG<br>PEND. DIA .73 TW D5 NO CHAIN 14K YG<br>(1) D5 .16 HI/I1; (1) D5 .25 HI/I1; (1) D5 .35 HI/I1<br>Mellee Diamonds=0.73 Centers= | 799.10 | $ 799.10 |
| 1 | 4810-04 | EN. DIA 5/8 TW SEMI D5 14K WG     Head: HD 4PR 1CT<br>EN. DIA 5/8 TW SEMI D5 14K WG     Head: HD 4PR 1CT<br>(4) D5 .15 HI/I1 | 738.36 | $ 738.36 |
| 1 | 2849-06 | PEND. DIA 1/2 TW D5 NO CHAIN 14K WG<br>PEND. DIA .50 TW D5 NO CHAIN 14K WG<br>(1) D5 .14 HI/I1; (1) D5 .16 HI/I1; (1) D5 .20 HI/I1<br>Mellee Diamonds=0.5 Centers= | 507.07 | $ 507.07 |
| 1 | 2848-05 | PEND. DIA 1/3 TW D5 NO CHAIN 14K YG<br>PEND. DIA 1/3 TW D5 NO CHAIN 14K YG<br>(1) D5 .08 HI/I1; (1) D5 .11 HI/I1; (1) D5 .13 HI/I1 | 283.45 | $ 283.45 |
| 1 | 2599-13 | DIA 5/8 TW SEMI D5 14K WG     Head: HD 4PR 1CT SOL (NON PEG)<br>DIA 5/8 TW SEMI D5 14K WG     Head: HD 4PR 1CT SOL (NON PEG)<br>(2) D5 .30 HI/I1 | 806.64 | $ 806.64 |
| 1 | 2599-12 | DIA 5/8 TW SEMI D5 14K YG SHK / 14K WG TRIM<br>Head: HD 4PR 1CT SOL (NON PEG)<br>DIA 5/8 TW SEMI D5 14K YG SHK / 14K WG TRIM<br>Head: HD 4PR 1CT SOL (NON PEG)<br>(2) D5 .30 HI/I1 | 806.64 | $ 806.64 |
| 1 | 2645-12 | DIA 1/5 TW SEMI D5 14K WG     Head: 4PRG 1/2 SOL (NON PEG)<br>DIA 1/5 TW SEMI D5 14K WG     Head: 4PRG 1/2 SOL (NON PEG)<br>(2) D5 .10 HI/I1 | 263.73 | $ 263.73 |
| 1 | 2645-11 | DIA 1/5 TW SEMI D5 14K YG SHK / 14K WG TRIM | 263.73 | $ 263.73 |

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS  THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0892



# INVOICE
## 407208

CUST # S630
REP # 02

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0468
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| SHIP TO | BILL TO |
|---|---|
| **STOUT + LAUER, INC.**<br>1929 W. ILES AVE.<br>SPRINGFIELD IL 62704-4181 | **STOUT + LAUER, INC.**<br>1929 W. ILES AVE.<br>SPRINGFIELD IL 62704-4181 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| BRIAN | 65041 | 11-21-06 | 11-21-06 | UPS 2nd Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | Head: 4PRG 1/2 SOL (NON PEG) | | |
| | | DIA 1/5 TW SEMI D5 14K YG SHK / 14K WG TRIM | | |
| | | Head: 4PRG 1/2 SOL (NON PEG) | | |
| | | (2) D5 .10 HI/I1 | | |
| 1 | 3336-05 | DIA 1/2 TW D5 14K WG | 649.67 | $ 649.67 |
| | | DIA .62 TW D5 14K WG | | |
| | | (2) D5 .12 HI/I1; (1) D5 .30 HI/I1 | | |
| | | Mellee Diamonds=0.62 Centers= | | |
| 1 | 3596-05 | PEND. DIA 1/2 TW D5 14K WG | 394.17 | $ 394.17 |
| | | PEND. DIA .49 TW D5 14K WG | | |
| | | (3) D5 .16 HI/I1 | | |
| | | Mellee Diamonds=0.49 Centers= | | |
| 1 | 2549-08 | EN. DIA 1/5 TW D5 SEMI 14K WG    Head: HD 4PRG 1/4 | 234.66 | $ 234.66 |
| | | EN. DIA .22 TW D5 SEMI 14K WG    Head: HD 4PRG 1/4 | | |
| | | (2) D5 .02 HI/I1; (2) D5 .03 HI/I1; (2) D5 .05 HI/I1 | | |
| | | Mellee Diamonds=0.22 Centers= | | |
| 1 | 2850-06 | PEND. DIA 3/4 TW D5 NO CHAIN 14K WG | 799.10 | $ 799.10 |
| | | PEND. DIA .77 TW D5 NO CHAIN 14K WG | | |
| | | (1) D5 .16 HI/I1; (1) D5 .25 HI/I1; (1) D5 35 HI/I1 | | |
| | | Mellee Diamonds=0.77 Centers= | | |
| 1 | 3375-04 | PEND. DIA 3/4 TW D5 14K YG | 1,043.35 | $ 1,043.35 |
| | | PEND. DIA .75 TW D5 14K YG | | |
| | | (1) D5 .10 HI/I1; (1) D5 .25 HI/I1; (1) D5 .42 HI/I1 | | |
| | | Mellee Diamonds=0.75 Centers= | | |
| 1 | 2841-06 | DIA 1CT TW D5 14K YG SHK / 14K WG TRIM | 1,535.31 | $ 1,535.31 |
| | | DIA .98 CT TW D5 14K YG SHK / 14K WG TRIM | | |
| | | (2) D5 .25 HI/I1; (1) D5 .50 HI/I1 | | |
| | | Mellee Diamonds=0.98 Centers= | | |
| 1 | 3375-05 | PEND. DIA 3/4 TW D5 14K WG | 1,043.35 | $ 1,043.35 |
| | | PEND. DIA .75 TW D5 14K WG | | |
| | | (1) D5 .10 HI/I1; (1) D5 .25 HI/I1; (1) D5 .42 HI/I1 | | |
| | | Mellee Diamonds=0.75 Centers= | | |

ANY DIAMONDS HEREBIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



# INVOICE

## 407208

CUST # S630
REP # 02

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4832
Fax: 419-562-5059
E-mail: rego@regoonline.com

| SHIP TO | BILL TO |
|---------|---------|
| STOUT + LAUER, INC.<br>1929 W. ILES AVE.<br>SPRINGFIELD IL 62704-4181 | STOUT + LAUER, INC.<br>1929 W. ILES AVE.<br>SPRINGFIELD IL 62704-4181 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
| BRIAN | 65041 | 11-21-06 | 11-21-06 | UPS 2nd Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | | UNIT PRICE | TOTAL |
|-----|------|-------------|---|------------|-------|
| 1 | 3596-04 | PEND. DIA 1/2 TW D5 14K YG<br>PEND. DIA .48 TW D5 14K YG<br>(3) D5 .16 HI/I1<br>Mellee Diamonds=0.48 Centers= | | 394.17 | $ 394.17 |
| 1 | 2570-13 | DIA 1/3 TW SEMI D5 14K YG SHK / 14K WG TRIM    Head: HD 4PRG 1/2<br>DIA .32 TW SEMI D5 14K YG SHK / 14K WG TRIM    Head: HD 4PRG 1/2<br>(2) D5 .16 HI/I1<br>Mellee Diamonds=0.32 Centers= | | 354.61 | $ 354.61 |
| 1 | 3566-02 | EN. DIA 3/16 TW SEMI 14K WG    Head: HD 4PR 3/4<br>EN. DIA 3/16 TW SEMI 14K WG    Head: HD 4PR 3/4<br>(12) D .015 GH/SI | | 292.22 | $ 292.22 |
| 1 | 5240-01 | EN. DIA 7/8 TW SEMI 14K WG<br>EN. DIA 7/8 TW SEMI 14K WG<br>(54) D .015 GH/SI | | 771.72 | $ 771.72 |
| 1 | 2751-05 | DIA 3/4 TW D5 14K YG SHK / 14K WG TRIM<br>DIA .81 TW D5 14K YG SHK / 14K WG TRIM<br>(2) D5 PRI .18 HI/I1; (1) D5 PRI .40 HI/I1<br>Mellee Diamonds=0.81 Centers= | | 1,019.49 | $ 1,019.49 |
| 1 | 2569-14 | DIA 1/5 TW SEMI D5 14K YG SHK / 14K WG TRIM    Head: HD 4PRG 3/8<br>DIA .20 TW SEMI D5 14K YG SHK / 14K WG TRIM    Head: HD 4PRG 3/8<br>(2) D5 .10 HI/I1<br>Mellee Diamonds=0.2 Centers= | | 247.78 | $ 247.78 |
| 1 | 3288-08 | PEND. DIA 1/2 TW D5 14K WG<br>PEND. DIA .48 TW D5 14K WG<br>(1) D5 .12 HI/I1; (1) D5 .15 HI/I1; (1) D5 .20 HI/I1<br>Mellee Diamonds=0.48 Centers= | | 506.12 | $ 506.12 |

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE. BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

## w w w . r e g o o n l i n e . c o m

REGO 0894



# INVOICE
## 407208



**CUST # S630**
**REP # 02**

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0486
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

| SHIP TO | STOUT + LAUER, INC. | BILL TO | STOUT + LAUER, INC. |
|---|---|---|---|
| | 1929 W. ILES AVE. | | 1929 W. ILES AVE. |
| | SPRINGFIELD IL 62704-4181 | | SPRINGFIELD IL 62704-4181 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| BRIAN | 65041 | 11-21-06 | 11-21-06 | UPS 2nd Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 2849-05 | PEND. DIA 1/2 TW D5 NO CH 14K YG | 507.07 | $ 507.07 |
| | | PEND. DIA 1/2 TW D5 NO CH 14K YG | | |
| | | (1) D5 .14 HI/I1; (1) D5 .16 HI/I1; (1) D5 .20 HI/I1 | | |

SUBTOTAL: $ 14,735.60

SHIPPING & INSURANCE: 70.77

TOTAL: $ 14,806.37

Order Checked by TD/Balance to follow/Thank you

S1009802

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS  THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0895



# INVOICE
## 404419

CUST # A502
REP # 23

1870 E. Mansfield Road
P.O Box 838
Bucyrus, OH 44820
E-mail: rego@regoonline.com

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

| SHIP TO | BILL TO |
|---|---|
| A. + A. ASH, INC.<br>201 N. 20TH ST.<br><br>BIRMINGHAM AL 35203-3667 | A. + A. ASH, INC.<br>201 N. 20TH ST.<br><br>BIRMINGHAM AL 35203-3667 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 62280 | 12-10-08 | 09-19-08 | Registered Mail | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5790-05 | | 105.53 | $ 105.53 |
| 1 | 3462-14 | | 399.70 | $ 399.70 |
| 1 | 2238-36 | | 278.52 | $ 278.52 |
| 1 | 5241-01 | | 907.03 | $ 907.03 |
| 1 | 5240-01 | | 766.68 | $ 766.68 |
| 1 | 4805-03 | Head· 4PRG 1CT | 670.18 | $ 670.18 |
| 1 | 4802-03 | | 757.76 | $ 757.76 |
| 1 | 5510-03 | Head: 6PR 1.0 | 629.52 | $ 629.52 |
| 1 | 5511-03 | | 286.88 | $ 286.88 |
| 1 | 2309-11 | | 205.54 | $ 205.54 |
| 1 | 3309-02 | Head: 1.0 | 514.19 | $ 514.19 |
| 1 | 3561-01 | | 224.61 | $ 224.61 |

SUBTOTAL: $ 5,746.14
SHIPPING & INSURANCE: 18.75

TOTAL: $ 5,764.89

Order 62280 Checked by TD/Balance to follow/Thank you

A23

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



# INVOICE
## 409292

|||||||||||||||||||||||||

**CUST #** F732
**REP #** 23

REGO®

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820
E-mail: rego@regoonline.com

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

**SHIP TO**
FROST + CO
717 LIBERTY AVE, STE.212
PITTSBURGH PA 15222-3505

**BILL TO**
FROST + CO
717 LIBERTY AVE, STE.212
PITTSBURGH PA 15222-3505

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
| EBY | 65787 | 12-21-06 | 12-21-06 | UPS Next Day | 2% 10 EOM Net 30 |

| QTY | ITEM | DESCRIPTION | | UNIT PRICE | TOTAL |
|-----|------|-------------|---|-----------|-------|
| 1 | 5240-04 | EN. DIA 7/8 TW SEMI 18K WG | Size: 6.000000 | 807.89 | $ 807.89 |
| | | EN. DIA 7/8 TW SEMI 18K WG | Size: 6 | | |

| | |
|---|---|
| SUBTOTAL: | $ 807.89 |
| SHIPPING & INSURANCE: | 14.59 |
| TOTAL: | $ 822.48 |

Order 65787 Checked by TD/Order complete/Thank you

F80723

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



**REGO**

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820
E-mail: rego@regoonline.com

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

# INVOICE
## 410097

CUST # L131
REP # 23

| SHIP TO | BILL TO |
|---|---|
| LAMBERT'S DESIGN<br>375 W. MAIN ST.<br>BATAVIA NY 14020-1234 | LAMBERT'S DESIGN<br>375 W. MAIN ST.<br>BATAVIA NY 14020-1234 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 67300 | 01-16-07 | 01-16-07 | UPS Next Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5240-01 | EN. DIA 7/8 TW SEMI 14K WG | 786.92 | $ 786.92 |
| 1 | 5241-01 | WR. DIA 7/8 TW 14K WG | 929.46 | $ 929.46 |
| 1 | 7707-01 | EN. DIA 1CT TW SEMI 14K WG | 1,392.13 | $ 1,392.13 |
| 1 | 7708-01 | WR. DIA 1/2 TW 14K WG | 496.57 | $ 496.57 |
| 1 | 5621-01 | DIA 9/10 TW SEMI 14K WG | 1,092.87 | $ 1,092.87 |
| 1 | 3576-02 | DIA 3/4 TW SEMI 14K WG | 925.20 | $ 925.20 |
| 1 | 3003-08 | EN. DIA 1/5 TW SEMI 14K YG SHK / 14K WG TRIM | 296.73 | $ 296.73 |
| 1 | 3004-02 | WR. DIA 1/4 TW 14K YG SHK / 14K WG TRIM | 351.75 | $ 351.75 |
| 1 | 3173-03 | EN. DIA 1/7 TW SEMI 14K YG SHK / 14K WG TRIM    Head: 6PR 1/2 | 262.58 | $ 262.58 |
| 1 | 2706-05 | EN. DIA 1/2 TW SEMI 14K WG    Head: MQ 1/2 VTIP | 790.46 | $ 790.46 |
| 1 | 5843-01 | EN. DIA 9/10 TW SEMI 14K WG | 1,127.60 | $ 1,127.60 |
| 1 | 5844-01 | WR. DIA 1/4 TW 14K WG | 375.49 | $ 375.49 |
| 1 | 5820-01 | EN. DIA 5/8 TW SEMI D5 14K WG    Head: 6PR 3/4 | 638.33 | $ 638.33 |
| 1 | 5821-01 | WR. DIA 1/10 TW D5 14K WG | 133.33 | $ 133.33 |
| 1 | 2028-03 | DIA .025 14K WG | 77.56 | $ 77.56 |
| 1 | 5334-01 | DIA 1/2TW D5 14K WG SHK / 14K YG TRIM | 726.31 | $ 726.31 |
| 1 | 7926-01 | DIA 1 CT TW 14K WG | 1,031.12 | $ 1,031.12 |
| 1 | 4781-05 | WR. DIA 1/3 TW D5 14K WG | 438.49 | $ 438.49 |
| 1 | 4781-10 | WR. DIA 1/3 TW D5 14K YG SHK / 14K WG TRIM | 438.49 | $ 438.49 |
| 1 | 3419-15 | SA DIA 1/20 TW D5 14K WG | 200.52 | $ 200.52 |
| 1 | 6775-01 | PEND. DIA 1/6 TW D5 NO CHAIN 14K WG | 122.07 | $ 122.07 |
| 1 | 3414-04 | RU DIA 1/32 TW D5 14K WG | 167.67 | $ 167.67 |
| 1 | 2105-18 | *OP DIA .01 D5 14K YG | 103.20 | $ 103.20 |
| 1 | 2155-04 | DIA 1/4 TW D5 14K YG SHK / 14K WG TRIM | 242.54 | $ 242.54 |
| 1 | 2959-04 | BRAC. DIA 45/100 TW D9 14K YG / WG | 446.23 | $ 446.23 |
| 1 | 2242-10 | PEND. DIA 1/5 TW D9 14K WG | 135.14 | $ 135.14 |

ANY DIAMONDS HERERIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS  THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS  THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG
WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**



**INVOICE**

**410097**

**CUST # L131**
**REP # 23**

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

E-mail: rego@regoonline.com

| | | |
|---|---|---|
| SHIP TO | **LAMBERT'S DESIGN**<br>375 W. MAIN ST.<br>BATAVIA NY 14020-1234 | BILL TO **LAMBERT'S DESIGN**<br>375 W. MAIN ST.<br>BATAVIA NY 14020-1234 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 67300 | 01-16-07 | 01-16-07 | UPS Next Day | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 3227-04 | E/R. EM DIA 1/5 TW D9 14K YG | 175.74 | $ 175.74 |
| 1 | 2242-09 | PEND. DIA 1/5 TW D9 14K YG | 135.14 | $ 135.14 |
| 1 | 2182-08 | PEND. DIA 1/7 TW D9 14K YG | 119.91 | $ 119.91 |
| 1 | 5105-01 | PEND. DIA 1/7 TW D5 14K YG | 154.76 | $ 154.76 |
| 1 | 2316-01 | E/R. DIA 1/16 TW D9 14K YG | 91.99 | $ 91.99 |
| 1 | 7917-01 | PEND. EM DIA 1/10TW D5 NO CHAIN 14K WG | 381.80 | $ 381.80 |
| 1 | 2800-06 | E/R. DIA 1/4 TW D5 14K WG | 225.71 | $ 225.71 |
| 1 | 2197-16 | E/R. *OP 14K YG | 105.47 | $ 105.47 |
| 1 | 2215-14 | PEND. *OP 14K YG | 77.66 | $ 77.66 |
| 1 | 7908-03 | PEND. CIT DIA 1/12 TW D5 NO CHAIN 14K WG | 172.19 | $ 172.19 |
| 1 | 3422-01 | E/R. DIA 1/5 TW D5 14K WG / YG | 191.09 | $ 191.09 |
| 1 | 3184-05 | PEND. DIA 1/6 TW D9 14K WG / YG | 121.70 | $ 121.70 |
| 1 | 2206-04 | E/R. AQ DIA .04 TW D5 14K YG | 122.48 | $ 122.48 |

SUBTOTAL: $ 15,804.40

SHIPPING & INSURANCE: 49.44

TOTAL: $ 15,853.84

Order 67300 Checked by TD/Balance to follow/Thank you
If payments are made on time a $316.09 discount can be applied to final payment

L1580423

ANY DIAMONDS HEREREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0890



# INVOICE
## 410351

**CUST #** S006
**REP #** 23

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820
E-mail: rego@regoonline.com

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059

**SHIP TO**
SEITA
215 E. 6TH AVENUE
TARENTUM PA 15084-1541

**BILL TO**
SEITA
215 E. 6TH AVENUE
TARENTUM PA 15084-1541

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
| | 67435 | 01-22-07 | 01-22-07 | UPS | 1/3 30 60 90 2% On Last |

| QTY | ITEM | DESCRIPTION | | UNIT PRICE | TOTAL |
|-----|------|-------------|---|-----------|-------|
| 1 | 3292-04 | DIA 1/4 TW SEMI D5 14K WG | | 381.72 | $ 381.72 |
| 1 | 7941-01 -SP | EN DIA 1/2 TW SEMI 14K WG | Head: 6PR 1CT | 552.27 | $ 552.27 |
| 1 | 5240-01 -SP | EN DIA 7/8 TW SEMI 14K WG | | 816.92 | $ 816.92 |
| 1 | 5241-01 | WR. DIA 7/8 TW 14K WG | | 930.72 | $ 930.72 |
| 1 | 2156-03 | DIA 1/12 D5 14K YG / WG | | 136.38 | $ 136 38 |
| 1 | 3422-01 | E/R. DIA 1/5 TW D5 14K WG / YG | | 192.11 | $ 192.11 |
| 1 | 3184-05 | PEND. DIA 1/6 TW D9 14K WG / YG | | 122.53 | $ 122.53 |
| 1 | 2529-07 | PEND. DIA 1/14 D5 14K WG | | 88.16 | $ 88.16 |
| 1 | 2176-05 | PEND. CP DIA .01 14K YG | | 76.27 | $ 76.27 |
| 1 | 2175-04 | E/R. CP DIA .02 TW 14K YG | | 101.38 | $ 101 38 |
| 1 | 6241-01 | PEND. DIA 1/10 TW D5 14K WG | | 140.94 | $ 140.94 |
| 1 | 6242-01 | E/R. DIA 1/7 TW D5 14K WG | | 154.34 | $ 154.34 |

SUBTOTAL: $ 3,693.74

SHIPPING & INSURANCE: 15.20

TOTAL: $ 3,708.94

Order 67435 Checked by TD/Balance to follow/Thank you
If payments are made on time a $73.87 discount can be applied to final payment

S369323

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0888



# INVOICE
## 410419

CUST # N600/R
REP # 02

1870 E Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax 419-562-5059
E-mail: rego@regoonline.com

| SHIP TO | **NELSON'S**<br>1 CRYSTAL LAKE PLZ #B2<br><br>CRYSTAL LAKE IL 60014-7966 | BILL TO | **NELSON'S**<br>1 CRYSTAL LAKE PLZ #B2<br><br>CRYSTAL LAKE IL 60014-7966 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---------|----------|--------------|---------|-------------|-------|
|         |          | 01-24-07     | 01-24-07 | UPS        | 1% 30 DAYS |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|------|-------------|------------|-------|
| 1 | 5240-02 | EN. DIA 7/8 TW SEMI PL    Size: 6 | 1,272.11 | $ 1,272.11 |

SUBTOTAL: $ 1,272.11

SHIPPING & INSURANCE: 7.09

TOTAL: $ 1,279.20

Order 66911 Checked by TD/Order complete/Thank you
A discount of $12.72 can be taken if invoice is paid by February 23

N127202

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS  THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS  THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0887

 **REGO**®

1870 E. Mansfield Road
P.O. Box 838
Bucyrus, OH 44820

Phone: 419-562-0466
800-537-4932
Fax: 419-562-5059
E-mail: rego@regoonline.com

# INVOICE
## 411250

CUST # M315
REP # 23

| SHIP TO | BILL TO |
|---|---|
| **MARKS**<br>1919 28th AVE S #110<br><br>HOMEWOOD AL 35209-2600 | **MARKS**<br>1919 28th AVE S #110<br><br>HOMEWOOD AL 35209-2600 |

| REF NO. | SHOP NO. | INVOICE DATE | SHIPPED | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| | 12797 | 02-15-07 | 02-15-07 | UPS Next Day | Net 30 Days |

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | 5240-01 | EN. DIA 7/8 TW SEMI 14K WG | 790.12 | $ 790.12 |
| 1 | 5241-01 | WR. DIA 7/8 TW 14K WG | 932.26 | $ 932.26 |
| | | | SUBTOTAL: | $ 1,722.38 |
| | | | SHIPPING & INSURANCE: | 0.00 |
| | | | TOTAL: | $ 1,722.38 |

M172223

ANY DIAMONDS HEREIN INVOICED HAVE BEEN PURCHASED FROM LEGITIMATE SOURCES NOT INVOLVED IN FUNDING CONFLICT AND IN COMPLIANCE WITH UNITED NATIONS RESOLUTIONS. THE SELLER HEREBY GUARANTEES THAT THESE DIAMONDS ARE CONFLICT FREE, BASED ON PERSONAL KNOWLEDGE AND/OR WRITTEN GUARANTEES PROVIDED BY THE SUPPLIER OF THESE DIAMONDS. THIS IS APPLICABLE ONLY TO PRODUCT FABRICATED FROM ROUGH DIAMONDS MINED FROM JAN 1, 2003 FORWARD

FINANCE CHARGES OF 1 1/2% PER MONTH (18% ANNUM) WILL BE ADDED ON ALL PAST DUE BALANCES * F.O.B. BUCYRUS * PRICES SUBJECT TO CHANG WITHOUT NOTICE * CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF GOODS * NO RETURNS WITHOUT PRIOR AUTHORIZATION.

**w w w . r e g o o n l i n e . c o m**

REGO 0886